IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01700-CMA-BNB

ROBERT O'BRIEN, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

AIRPORT CONCESSIONS, INC., a Colorado corporation d/b/a Connections Made EZ,

Defendant.

_____

## ORDER
_____

The parties have notified the court of a classwide settlement. I have ordered the parties to file a motion for preliminary approval of classwide settlement on or before January 17, 2014. Order [Doc. #31]. Still pending, however, is the Plaintiff's Motion for Class Certification [Doc. #3]. Despite my orders that the defendant respond to that motion on or before December 2, 2013 [Docs. ##24 and 27], no response has been received. In view of the notice of classwide settlement,

IT IS ORDERED that on or before January 17, 2014, the parties shall file a status report addressing whether the Plaintiff's Motion for Class Certification is opposed.

Dated January 15, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge