# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  No. 13-CV-1700-CMA-BNB

**ROBERT O'BRIEN**, individually, and on behalf of all others similarly situated,

    Plaintiff,

v.

**AIRPORT CONCESSIONS, INC.**, a Colorado corporation, d/b/a CONNECTIONS MADE EZ,

    Defendant.

---

## ORDER GRANTING FINAL APPROVAL OF SETTLEMENT

---

Having considered the Class Settlement Agreement (the "Settlement Agreement") and all other materials properly before the Court, and having conducted an inquiry pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court finds that the Settlement Agreement was entered into by all parties in good faith, and the Settlement Agreement is approved.  At the same time, the Court reserves ruling on two matters discussed in the Settlement Agreement: (1) the reasonableness and amount of attorney's fees to be awarded to class counsel; and (2) the reasonableness and amount of the incentive award to be given to the class representative.  As was established at the final hearing on the Approval of the Settlement, resolving these matters will require further briefing but does not preclude approving the Settlement Agreement.

Accordingly, the Court or the Clerk of the Court shall enter the Judgment provided in the Settlement Agreement and Defendant Airport Concessions, Inc. shall disseminate the Class relief.

DATED:  June 18, 2014

BY THE COURT

*[signature: Christine M. Arguello]*

_____
CHRISTINE M. ARGUELLO
United States District Judge